## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused the foregoing Specially Appearing Defendant, United States Conference of Catholic Bishops' Notice of Concurrence in and Response to Co-Defendants' Motion to Change Venue and this Certificate of Service to be electronically filed with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system which will presumptively forward notification of this filing electronically to the following attorneys of record:

    Brooke A. Merriweather-Tucker btucker@aclumich.org
    Daniel S. Korobkin - dkorobkin@aclumich.org
    Michael J. Steinberg - msteinberg@aclumich.org
    Louise Melling - lmelling@aclu.org;
    Jennifer Dalven - jdalven@aclu.org
    Alexa Kolbi-Molinas - akolbi-molinas@aclu.org
    Dan Ferris - dferrissalt@aol.com;
    Heidi Salter-Ferris - ferrissalt@aol.com
    Thomas Van Dusen - tvandusen@bodmanlaw.com
    Dennis J. Levasseur - dlevasseur@bodmanlaw.com
    Cameron R. Getto (cgetto@zkac.com)
    Mark J. Zausmer (mzausmer@zkac.com)

    Respectfully submitted:
    ZAUSMER, KAUFMAN, AUGUST
    & CALDWELL, P.C.

    /s/ Cameron R. Getto
    MARK J. ZAUSMER (P31721)
    CAMERON R. GETTO (P57300)
    Attorneys for Defendant, United States
    Conference of Catholic Bishops
    31700 Middlebelt Road, Suite 150
    Farmington Hills. MI 48334
    (248) 851-4111
    mzausmer@zkac.com

Dated: February 20, 2014    cgetto@zkac.com