UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMESHA MEANS,

        Plaintiff,

vs.                                    Case No: 2:13-cv-14916-DPH-PJK
                                      Hon. Denise Page Hood

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, a not-for-profit
corporation, STANLEY URBAN, ROBERT
LADENBURGER, and MARY MOLLISON,

        Defendants.

---

| | |
|---|---|
| Brooke A. Merriweather-Tucker<br>Daniel S. Korobkin (P72842)<br>Michael J. Steinberg (P48085)<br>Kary L. Moss (P49759)<br>Attorneys for Plaintiff Tamesha Means<br>American Civil Liberties Union<br> Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6823<br>btucker@aclumich.org;<br>dkorobkin@aclumich.org<br>msteinberg@aclumich.org<br><br>Don Ferris (P26436)<br>Heidi Salter-Ferris (P41481)<br>Cooperating attorneys, American Civil<br> Liberties Union Fund of Michigan<br>Ferris & Salter<br>5148 Washtenaw Avenue<br>Ann Arbor, MI 48108<br>(734) 677-2020<br>dferrissalt@aol.com; ferrissalt@aol.com | Louise Melling<br>Jennifer Dalven<br>Alexa Kolbi-Molinas<br>American Civil Liberties Union<br>Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2633<br>lmelling@aclu.org;jdalven@aclu.org<br>akolbi-molinas@aclu.org<br><br>Bodman, PLC<br>Thomas Van Dusen (P30602)<br>Dennis J. Levasseur (P39778)<br>Attorneys for Defendants, Urban,<br>Landenburger and Mollison<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226<br>(313) 259-7777<br>tvandusen@bodmanlaw.com<br>dlevasseur@bodmanlaw.com |

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Zausmer, Kaufman, August & Caldwell
Attorneys for United States Conference
of Catholic Bishops
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
(248) 851-4111
mzausmer@zkac.com
cgetto@zkac.com

## INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | NOTICE OF SPECIAL APPEARANCE |
| EXHIBIT B | PLAINTIFF'S COMPLAINT |
| EXHIBIT C | AFFIDAVIT OF LINDA HUNT |