# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMESHA MEANS,

    Plaintiff,

vs.

Case No: 2:13-cv-14916-DPH-PJK
Hon. Denise Page Hood

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, a not-for-profit
corporation, STANLEY URBAN, ROBERT
LADENBURGER, and MARY MOLLISON,

    Defendants.

---

| | |
|---|---|
| Brooke A. Merriweather-Tucker<br>Daniel S. Korobkin (P72842)<br>Michael J. Steinberg (P48085)<br>Kary L. Moss (P49759)<br>Attorneys for Plaintiff Tamesha Means<br>American Civil Liberties Union<br> Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6823<br>btucker@aclumich.org;<br>dkorobkin@aclumich.org<br>msteinberg@aclumich.org<br><br>Don Ferris (P26436)<br>Heidi Salter-Ferris (P41481)<br>Cooperating attorneys, American Civil<br> Liberties Union Fund of Michigan<br>Ferris & Salter<br>5148 Washtenaw Avenue<br>Ann Arbor, MI 48108<br>(734) 677-2020<br>dferrissalt@aol.com; ferrissalt@aol.com | Louise Melling<br>Jennifer Dalven<br>Alexa Kolbi-Molinas<br>American Civil Liberties Union<br>Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2633<br>lmelling@aclu.org;jdalven@aclu.org<br>akolbi-molinas@aclu.org<br><br>Bodman, PLC<br>Thomas Van Dusen (P30602)<br>Dennis J. Levasseur (P39778)<br>Attorneys for Defendants, Urban,<br>Landenburger and Mollison<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226<br>(313) 259-7777<br>tvandusen@bodmanlaw.com<br>dlevasseur@bodmanlaw.com |

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Zausmer, Kaufman, August & Caldwell
Attorneys for United States Conference
of Catholic Bishops
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
(248) 851-4111
mzausmer@zkac.com
cgetto@zkac.com

## NOTICE OF SPECIAL APPEARANCE

To: Clerk of the Court

Please enter the Special Appearance of attorney Mark J. Zausmer as counsel for the United States Conference of Catholic Bishops. This Special Appearance is entered for the limited purpose of challenging personal jurisdiction and concurring in co-Defendants' venue challenge, both of which must be addressed under Rule 12 at the outset. This Special Appearance is also entered for the limited purpose of ensuring that Plaintiff and the court are on notice that the United States Conference of Catholic Bishops is not voluntarily submitting to the district court's jurisdiction, and that no action in the course of challenging personal jurisdiction and/or concurring with co-Defendants' venue challenge should be construed as such. By entering this Special Appearance, the United States Conference of Catholic Bishops seeks to prevent the court from exerting any effort that would be considered wasted if personal jurisdiction is later found to be lacking. See, e.g.

*Gerber v. Riordan*, 649 F.3d 514, 519 (6th Cir. 2011) (citing *Mobile Anesthesiologists Chicago, LLC v. Anesthesia Associates of Houston Metroplex, P.A.*, 623 F.3d 440, 443 (7th Cir.2010)). This Special Appearance is also filed to ensure all defenses are preserved and that no defenses are waived in the event that the court exerts personal jurisdiction over the United States Conference of Catholic Bishops. By filing this Special Appearance, the United States Conference of Catholic Bishops seeks to avoid knowingly and volitionally relinquishing any existing right.

          Respectfully submitted:

          ZAUSMER, KAUFMAN, AUGUST
          & CALDWELL, P.C.

          /s/ Mark J. Zausmer
          MARK J. ZAUSMER (P31721)
          CAMERON R. GETTO (P57300)
          Attorneys for Defendant, United States
          Conference of Catholic Bishops
          31700 Middlebelt Road, Suite 150
          Farmington Hills, MI 48334
          (248) 851-4111
          mzausmer@zkac.com
          cgetto@zkac.com

Dated: February 3, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused the foregoing Notice of Special Appearance of Mark J. Zausmer for Defendant, United States Conference of Catholic Bishops and this Certificate of Service to be electronically filed with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system which will presumptively forward notification of this filing electronically to the following attorneys of record:

Brooke A. Merriweather-Tucker btucker@aclumich.org
Daniel S. Korobkin - dkorobkin@aclumich.org
Michael J. Steinberg - msteinberg@aclumich.org
Louise Melling - lmelling@aclu.org;
Jennifer Dalven - jdalven@aclu.org
Alexa Kolbi-Molinas - akolbi-molinas@aclu.org
Dan Ferris - dferrissalt@aol.com;
Heidi Salter-Ferris - ferrissalt@aol.com
Thomas Van Dusen - tvandusen@bodmanlaw.com
Dennis J. Levasseur - dlevasseur@bodmanlaw.com
Cameron R. Getto (cgetto@zkac.com)
Mark J. Zausmer (mzausmer@zkac.com)

Respectfully submitted:
ZAUSMER, KAUFMAN, AUGUST
& CALDWELL, P.C.

/s/ Mark J. Zausmer
MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Attorneys for Defendant, United States
Conference of Catholic Bishops
31700 Middlebelt Road, Suite 150
Farmington Hills. MI 48334
(248) 851-4111
mzausmer@zkac.com
cgetto@zkac.com

Dated: February 3, 3014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMESHA MEANS,

      Plaintiff,

vs.

      Case No: 2:13-cv-14916-DPH-PJK
      Hon. Denise Page Hood

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, a not-for-profit
corporation, STANLEY URBAN, ROBERT
LADENBURGER, and MARY MOLLISON,

      Defendants.

---

| | |
|---|---|
| Brooke A. Merriweather-Tucker<br>Daniel S. Korobkin (P72842)<br>Michael J. Steinberg (P48085)<br>Kary L. Moss (P49759)<br>Attorneys for Plaintiff Tamesha Means<br>American Civil Liberties Union<br> Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6823<br>btucker@aclumich.org;<br>dkorobkin@aclumich.org<br>msteinberg@aclumich.org<br><br>Don Ferris (P26436)<br>Heidi Salter-Ferris (P41481)<br>Cooperating attorneys, American Civil<br> Liberties Union Fund of Michigan<br>Ferris & Salter<br>5148 Washtenaw Avenue<br>Ann Arbor, MI 48108<br>(734) 677-2020<br>dferrissalt@aol.com; ferrissalt@aol.com | Louise Melling<br>Jennifer Dalven<br>Alexa Kolbi-Molinas<br>American Civil Liberties Union<br>Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2633<br>lmelling@aclu.org;jdalven@aclu.org<br>akolbi-molinas@aclu.org<br><br>Bodman, PLC<br>Thomas Van Dusen (P30602)<br>Dennis J. Levasseur (P39778)<br>Attorneys for Defendants, Urban,<br>Landenburger and Mollison<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, MI 48226<br>(313) 259-7777<br>tvandusen@bodmanlaw.com<br>dlevasseur@bodmanlaw.com |

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Zausmer, Kaufman, August & Caldwell
Attorneys for United States Conference
of Catholic Bishops
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
(248) 851-4111
mzausmer@zkac.com
cgetto@zkac.com

## NOTICE OF SPECIAL APPEARANCE

To:   Clerk of the Court

Please enter the Special Appearance of attorney Cameron R. Getto as counsel for the United States Conference of Catholic Bishops. This Special Appearance is entered for the limited purpose of challenging personal jurisdiction and concurring in co-Defendants' venue challenge, both of which must be addressed under Rule 12 at the outset. This Special Appearance is also entered for the limited purpose of ensuring that Plaintiff and the court are on notice that the United States Conference of Catholic Bishops is not voluntarily submitting to the district court's jurisdiction, and that no action in the course of challenging personal jurisdiction and/or concurring with co-Defendants' venue challenge should be construed as such. By entering this Special Appearance, the United States Conference of Catholic Bishops seeks to prevent the court from exerting any effort that would be considered wasted if personal jurisdiction is later found to be

lacking. See, e.g. *Gerber v. Riordan*, 649 F.3d 514, 519 (6th Cir. 2011) (citing *Mobile Anesthesiologists Chicago, LLC v. Anesthesia Associates of Houston Metroplex, P.A.*, 623 F.3d 440, 443 (7th Cir.2010)). This Special Appearance is also filed to ensure all defenses are preserved and that no defenses are waived in the event that the court exerts personal jurisdiction over the United States Conference of Catholic Bishops. By filing this Special Appearance, the United States Conference of Catholic Bishops seeks to avoid knowingly and volitionally relinquishing any existing right.

        Respectfully submitted:

        ZAUSMER, KAUFMAN, AUGUST
        & CALDWELL, P.C.

        /s/ Cameron R. Getto
        MARK J. ZAUSMER (P31721)
        CAMERON R. GETTO (P57300)
        Attorneys for Defendant, United States
        Conference of Catholic Bishops
        31700 Middlebelt Road, Suite 150
        Farmington Hills, MI 48334
        (248) 851-4111
        mzausmer@zkac.com
        cgetto@zkac.com

Dated: February 3, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused the foregoing Notice of Special Appearance of Cameron R. Getto for Defendant, United States Conference of Catholic Bishops and this Certificate of Service to be electronically filed with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system which will presumptively forward notification of this filing electronically to the following attorneys of record:

Brooke A. Merriweather-Tucker btucker@aclumich.org
Daniel S. Korobkin - dkorobkin@aclumich.org
Michael J. Steinberg - msteinberg@aclumich.org
Louise Melling - lmelling@aclu.org;
Jennifer Dalven - jdalven@aclu.org
Alexa Kolbi-Molinas - akolbi-molinas@aclu.org
Dan Ferris - dferrissalt@aol.com;
Heidi Salter-Ferris - ferrissalt@aol.com
Thomas Van Dusen - tvandusen@bodmanlaw.com
Dennis J. Levasseur - dlevasseur@bodmanlaw.com
Cameron R. Getto (cgetto@zkac.com)
Mark J. Zausmer (mzausmer@zkac.com)

Respectfully submitted:
ZAUSMER, KAUFMAN, AUGUST
& CALDWELL, P.C.

/s/ Cameron R. Getto
MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
Attorneys for Defendant, United States
Conference of Catholic Bishops
31700 Middlebelt Road, Suite 150
Farmington Hills. MI  48334
(248) 851-4111
mzausmer@zkac.com
cgetto@zkac.com

Dated: February 3, 3014