IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | USCCB Statement, Dated June 23, 2010 |
| B | CHM Canonical Bylaws |
| C | Lansing Decree Implementing Directives |
| D | Health Progress Article |