# Exhibit C

## GENERAL DECREE ESTABLISHING THE FIFTH EDITION OF THE
### *ETHICAL AND RELIGIOUS DIRECTIVES FOR CATHOLIC HEALTH CARE SERVICES*
### AS PARTICULAR LAW IN THE DIOCESE OF LANSING

Mindful of my responsibility as diocesan bishop to safeguard the integrity and unity of the truths of the faith, moral principles, and ecclesiastical discipline in the works of the apostolate pertaining to health care in the Diocese of Lansing (cf. Canons 392, 394, 678, and 747);

I, Most Reverend Earl Boyea, by the grace of God and the Apostolic See Bishop of Lansing, hereby issue this General Decree in accord with canon 29 establishing the Fifth Edition of the United States Conference of Catholic Bishops' *Ethical and Religious Directives for Catholic Health Care Services* as particular law in the Diocese of Lansing.

The Fifth Edition of the United States Conference of Catholic Bishops' *Ethical and Religious Directives for Catholic Health Care Services* is to be promulgated in accord with canon 8, §2 by publication of the text on the internet website for the Diocese of Lansing (www.dioceseoflansing.org) and by delivering a copy of same and a copy of this decree to the chief executive officer and the sponsors of all Catholic health care institutions located in the Diocese of Lansing. The provisions of the Fifth Edition of the United States Conference of Catholic Bishops' *Ethical and Religious Directives for Catholic Health Care Services* bylaws shall become effective and binding within the Diocese of Lansing on March 1, 2010, any particular legislation, directives or instructions to the contrary notwithstanding.

Given at the Curia of the Catholic Diocese of Lansing on this, the twenty-second day of January, in the Year of Our Lord, two thousand and ten.


                                        Most Reverend Earl Boyea
                                        Bishop of Lansing



                                        Msgr. Steven Raica
                                        Chancellor/Ecclesiastical Notary

Follow Diocese of Lansing  Follow Bishop Boyea                                           En Español   e-news Sign-Up   Log-In   Contact

Search Diocese of Lansing

Search



HOME    DIOCESE    PARISHES    SCHOOLS    VOCATIONS    GIVING    FAITH MAGAZINE    EVENTS    LINKS

# History

The Diocese of Lansing, originally comprised of 15 Southern Michigan counties, was established by Pope Pius XI by proclamation dated May 22, 1937. Previously, these counties had been part of the Archdiocese of Detroit and the Diocese of Grand Rapids. In May 1938 with the establishment of the Diocese of Saginaw, the counties of Allegan, Barry and Ionia were annexed from the Diocese of Lansing to the Diocese of Grand Rapids, and the counties of Genesee, Livingston and Shiawassee were annexed from the Archdiocese of Detroit to the Diocese of Lansing. In July 1971 from the Dioceses of Lansing, Grand Rapid and Saginaw, the Dioceses of Kalamazoo and Gaylord were formed. At that time, Washtenaw and Lenawee Counties were annexed to the Diocese of Lansing from the Archdiocese of Detroit.

The Diocese of Lansing is currently comprised of 10 counties covering 6,218 square miles: Clinton, Eaton, Genesee, Hillsdale, Ingham, Jackson, Lenawee, Livingston, Shiawassee and Washtenaw counties. Major cities are Lansing, Adrian, Ann Arbor, Flint, Jackson, Owosso and Ypsilanti. The U.S. 2011 Census estimates the total population in the 10 county area at 1,792,445. *The Official Catholic Directory 2012* approximates the diocesan Catholic population at 207,023.

## Bishops of Lansing

**Most Reverend Joseph H. Albers** of the Archdiocese of Cincinnati was appointed first bishop of Lansing in 1937 and served until his death in 1965.

**Most Reverend Alexander M. Zaleski** of the Archdiocese of Detroit became the second bishop of Lansing in 1965 and served until his death in 1975.

**Most Reverend Kenneth J. Povish** of the Diocese of Crookston became the third bishop of Lansing in 1975 and served until his retirement in 1995. He died Sept. 5, 2003.

**Monsignor Carl F. Mengeling** of the Diocese of Gary became the fourth bishop of Lansing upon ordination and installation on Jan. 25, 1996.

**Most Reverend Earl Boyea** of the Archdiocese of Detroit was installed as the fifth bishop of Lansing on April 29, 2008.

 Diocese of Lansing 75th Anniversary

BISHOP
STAFF DIRECTORY
OFFICES AND MINISTRIES
COUNCILS AND COMMISSIONS
HISTORY
EMPLOYMENT
CATHOLICISM

parish search



parish staff directory



outreach mass



[Start of page]