**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TAMESHA MEANS,

        Plaintiff,

vs.

        Hon. Denise Page Hood

UNITED STATES CONFERENCE OF   Case No. 13-cv-14916-DPH-PJK
CATHOLIC BISHOPS, a not-for-profit
corporation, STANLEY URBAN,
ROBERT LADENBURGER, and MARY
MOLLISON,

        Defendants.
_____/

**INDEX OF EXHIBITS**

Exhibit 1. *Ethical and Religious Directives for Catholic Health Care Services*, United States Conference of Catholic Bishops

Exhibit 2. "The Distinction Between Abortion and Legitimate Medical Procedures", United States Conference of Catholic Bishops (June 23, 2010)

1

Exhibit 3.   *USCCB Committee Explains Direct Abortion, Legitimate Medical Procedure*, Catholic News Service (June 23, 2010)

Exhibit 4.   United States Conference of Catholic Bishops Consolidated Financial Statements, December 31, 2011 and 2010

Exhibit 5.   *Charter for the Protection of Children and Young People*, United States Conference of Catholic Bishops

Exhibit 6.   Roman Catholic Diocese of Grand Rapids Child & Youth Protection

Exhibit 7.   *Who We Are*, United States Conference of Catholic Bishops

Exhibit 8.   Michigan Diocese Programs Assisted by the United States Conference of Catholic Bishops

Exhibit 9.   *Catholic Home Missions Subcommittee Announces 2011 Grants*, United States Conference of Catholic Bishops

Exhibit 10.   *2009 Group Ruling*, Office of the General Counsel, United States Conference of Catholic Bishops

Exhibit 11.   Select pages from the Official Catholic Directory

Exhibit 12.   *Who We Are*, United States Conference of Catholic Bishops Doctrine Committee

Exhibit 13.   Affidavit of Sister Mary Persico

Exhibit 14.   *Bishop Olmsted Revokes Phoenix Hospital's Status as Catholic Facility*, Catholic News Service.

Exhibit 15.   Restated and Amended Articles of Incorporation of Trinity Health Corporation

Exhibit 16.   List of Trinity Health's Michigan Hospitals

Exhibit 17.   *About USCCB*, United States Conference of Catholic Bishops

Exhibit 18.   *Diocese and Bishop Addresses*, United States Conference of Catholic Bishops.

Exhibit 19.   *Urge Secretary of State Clinton to Reject Actions that Undermine Peace in the Holy Land*, Diocese of Gaylord Action Alerts, United States Conference of Catholic Bishops.

Exhibit 20.   *Bishops Approve Revised Directives on Withdrawal of Food, Water*, Catholic News Service.

Exhibit 21.   *Make Straight the Pathway*, Conference Brochure, Christus Medicus Foundation.

Exhibit 22.   *General Decree Establishing the Fifth Edition of the* Ethical and Religious Directives for Catholic Health Care Services *as Particular Law in the Diocese of Lansing*.

Exhibit 23.  *Charter for the Protection of Children and Young People*, United States Conference of Catholic Bishops.